### UNDERHILL, committee, &c. *vs.* JACKSON and others.

A report of commissioners in partition must be signed by all the commissioners. Or, if not so signed, it should state the reason of the omission.

It should also state that all the commissioners met together and consulted, &c. where a sufficient reason is given for its not being signed by all.

Where a share of premises partitioned is set off to a lunatic, or to an habitual drunkard, the title is vested in him, and not in his committee.

THIS was a partition suit, and was heard on the report of the commissioners who had been appointed to make partition. The report was signed by only a part of the commissioners; and no

reason was given for the omission of the others to join in sign-ing and acknowledging it. Nor did it appear from the report that all the commissioners met together and consulted upon the matter of the partition.

*J. Rhoades,* for complainant.

The CHANCELLOR decided, that the report should be signed by all the commissioners; or if not signed and acknowledged by all, it should state the reasons for the omission. And that it ought to appear from such report that all the commissioners met together and consulted upon the matter of the partition; where a sufficient reason is given for the report being signed by a part only. He also decided that where a share of premises partitioned is set off to a lunatic, or to an habitual drunkard, who has a committee appointed by this court, the title is vested in the lunatic, or drunkard, and not in his committee. (*See* 2 *R. S.* 246, § 28, 29, 31, 32.)